SCWC-11-0000793

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

DAVID M. SCHLESINGER,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000793; CR. NO. 3DTC 11-049806)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner/Defendant-Appellant's application for writ of certiorari filed ex officio on February 7, 2013, is hereby rejected.

DATED: Honolulu, Hawai'i, March 25, 2013.

David M. Schlesinger /s/ Mark E. Recktenwald
petitioner pro se

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

